Winters v Detroit Coca-Cola Bottling Company. Appeal from Wayne, Neal Fitzgerald, J. Submitted Division 1 December 8, 1971, at Detroit. (Docket No. 11191.) Decided January 27, 1972.

*Seymour Berger,* for plaintiff.

*Davidson, Gotshall, Kohl, Nelson, Secrest, Wardle & Lynch,* for defendants.

Before: Lesinski, C. J., and Levin and O'Hara, JJ.

Memorandum Opinion. Plaintiff was awarded $2,239 by a jury for injuries received in a truck-bus collision. She moved for additur or in the alternative for a new trial. Both motions were denied. From the judgment and the denial of the motions for additur and new trial she appeals.

An examination of the record discloses no reversible error.

Affirmed.


People v Stone. Appeal from Jackson, John C. Dalton, J. Submitted Division 2 January 6, 1972, at Lansing. (Docket No. 11239.) Decided January 27, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Bruce A. Barton,* Prosecuting Attorney, and *Paula Hosick,* Chief Appellate Attorney, for the people.

*William F. Goler,* for defendant on appeal.

Before: Lesinski, C. J., and McGregor and Quinn, JJ.

Memorandum Opinion. A jury convicted defendant of breaking and entering with intent to commit a larceny, MCLA 750.110; MSA 28.305. He was sentenced and he appeals.

A review of the record and briefs discloses no reversible error.

Affirmed.